## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM W. NICHOLSON,** | : | **CIVIL ACTION NO. 3:16-CV-904** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **NANCY A. BERRYHILL,**[1] | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 15th day of October 2018, upon consideration of the Stipulation (Doc. 27), it is hereby ORDERED that Plaintiff, **Adam W. Nicholson**, is awarded Five Thousand Six Hundred dollars and Zero cents ($5,600.00) in attorney fees under the EAJA. The attorney fees will be paid directly to Plaintiff and sent to the business address of Plaintiff's counsel, **Stephen Hogg**. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] Due to the Federal Vacancies Reform Act, 5 U.S.C. § 3345 *et seq.*, former acting Commissioner of Social Security Nancy A. Berryhill is currently presiding as the Deputy Commissioner for Operations of the Social Security Administration. For consistency purposes, however, we continue to refer to Ms. Berryhill as "the Commissioner.